NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT JOHN SAGER,               )
                                 )
      Appellant,                 )
                                 )
v.                               )     Case No. 2D18-3711
                                 )
STATE OF FLORIDA,                )
                                 )
      Appellee.                  )
_____  )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Declan P. Mansfield,
Judge.

Robert John Sager, pro se.


PER CURIAM.

      Affirmed.  See Mansfield v. State, 911 So. 2d 1160 (Fla. 2005); Rivera v.
State, 717 So. 2d 477 (Fla. 1998); Sager v. State, 699 So. 2d 619 (Fla. 1997); Mungin
v. State, 689 So. 2d 1026 (Fla. 1995); Kearse v. State, 662 So. 2d 677 (Fla. 1995);
McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So. 3d 598
(Fla. 2d DCA 2009); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Valdez-Garcia
v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Henry v. State, 933 So. 2d 28 (Fla. 2d
DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State,

827 So. 2d 1054 (Fla. 2d DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).

MORRIS, BLACK, and ROTHSTEIN-YOUAKIM,JJ., Concur.